# IN THE UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

| | |
|---|---|
| In re DONALD J. TRUMP, *in his official capacity as President of the United States*, et al.,<br><br>*Petitioners-Defendants.* | No. 25-_____ |

## CIRCUIT RULE 27-3 CERTIFICATE

The undersigned counsel certifies that the following is the information required by Circuit Rule 27-3:

**(1) Attorneys' contact information**

<u>Lead Counsel for Plaintiffs-Appellees/Respondents-Real Parties in Interest:</u>
Stacey M. Leyton (sleyton@altber.com)
Barbara J. Chisholm (bchisholm@altber.com)
Danielle Leonard (dleonard@altber.com)
Altshuler Berzon LLP
177 Post Street, Suite 300
San Francisco, CA 94108
(415) 421-7151
*Attorneys for All Union and Non-Profit Organization Plaintiffs*

Elena Goldstein (egoldstein@democracyforward.org)
Skye Perryman (sperryman@democracyforward.org)
Democracy Forward Foundation
P.O. Box 34553
Washington, D.C. 20043
(202) 448-9090
*Attorneys for All Union and Non-Profit Organization Plaintiffs (except NRDC) and for Plaintiffs City of Chicago, IL; Martin Luther King, Jr. County, WA; Harris County, TX; and City of Baltimore, MD*

<u>Lead Counsel for Defendants-Appellants/Petitioners-Defendants:</u>
Courtney L. Dixon (courtney.dixon@usdoj.gov)
Maxwell A. Baldi (maxwell.baldi@usdoj.gov)
U.S. Department of Justice
Civil Division, Appellate Staff
950 Pennsylvania Avenue NW
Washington, DC 20530
(202) 532-0211

**(2) Existence and nature of the emergency**

The district court entered an order compelling the federal government to produce voluminous privileged documents to plaintiffs' counsel and the district court. Specifically, the district court compelled the government to produce plans developed by federal agencies about potential future reorganizations or reductions in their workforces. The government's compliance deadline to produce these plans, subject to a protective order, is noon PDT on Wednesday, July 23, 2025. Production would be an irreversible step that "would seriously undermine agency operations" across the entire Executive Branch.

**(3) Notice to opposing parties**

Prior to filing this motion, the government contacted lead counsel for plaintiffs and informed them of the government's intent to seek a stay pending mandamus and administrative stay. Plaintiffs are opposed to the relief sought in this motion. Upon filing this motion, the government will provide a service copy to plaintiffs' counsel via email.

**(4) Relief sought in district court**

The government requested that the district court stay any order compelling production pending final resolution of any petition for mandamus relief or at least to stay any such order for seven days to allow for orderly appellate review. Dkt. 208 at 18.; *see* Fed. R. App. P. 8(a)(1)(A). By ordering production without addressing that request, the district court implicitly refused to grant a stay.

/s/ Maxwell A. Baldi
MAXWELL A. BALDI
