UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

FILED

JUL 22 2025

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

IN Re DONALD J. TRUMP

_____

DONALD J. TRUMP; et al.,

        Petitioners,

  v.

UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO,

        Respondent,

AMERICAN FEDERATION OF GOVERNMENT EMPLOYEES, AFL-CIO; et al.,

        Real Parties in Interest.

No. 25-4476

D.C. No. 3:25-cv-03698-SI
Northern District of California, San Francisco

ORDER

Before: W. FLETCHER, RAWLINSON, and IKUTA, Circuit Judges.

    The government filed an emergency motion for an immediate administrative stay. Dkt. No. 1. The request for an administrative stay is GRANTED. The district court's July 18, 2025 order is temporarily stayed pending further order.