No. 25-4476

## IN THE UNITED STATES COURT OF APPEALS
## FOR THE NINTH CIRCUIT

In re Donald J. Trump, et al.,
*Petitioners-Defendants.*

v.

United States District Court of the Northern District of California,
*Respondent*,

American Federation of Government Employees, AFL-CIO, et al.,
*Real Parties in Interest-Plaintiffs.*

ON PETITION FOR WRIT OF MANDAMUS TO THE UNITED STATES
DISTRICT COURT FOR THE NORTHERN DISTICT OF CALIFORNIA
No. 3:25-cv-03698-SI
The Honorable Judge Susan Illston

### MOTION FOR LEAVE TO FILE SURREPLY

| | |
|---|---|
| Elena Goldstein | Stacey M. Leyton |
| Skye Perryman | Barbara J. Chisholm |
| Tsuki Hoshijima | Danielle E. Leonard |
| DEMOCRACY FORWARD | Corinne F. Johnson |
| FOUNDATION | Robin S. Tholin |
| P.O. Box 34553 | Alice X. Wang |
| Washington, D.C. 20043 | ALTSHULER BERZON LLP |
| Tel.: (202) 448-9090 | 177 Post St., Suite 300 |
| egoldstein@democracyforward.org | San Francisco, CA 94108 |
| sperryman@democracyforward.org | Tel.: (415) 421-7151 |
| | sleyton@altber.com |
| | dleonard@altber.com |

*Attorneys for Real Parties in Interest-Plaintiffs\**
*\*additional counsel and affiliations on signature pages*

Real Party in Interest-Plaintiffs hereby respectfully request leave to file a two-paragraph Surreply Re: Petitioners-Defendants' Proposal to Improperly Expand Mandamus Petition.

Earlier today, August 8, 2025, Petitioners-Defendants filed a Reply Brief in which they propose that the Court expand the pending Petition for a Writ of Mandamus to include a different, additional order of the District Court that is not before this Court. Real Party in Interest-Plaintiffs seek leave to file the attached short Surreply making the point that this proposal to expand the scope of the matter before the Court, made for the first time in Petitioners-Defendants' Reply, is untimely and improper.

Petitioners-Defendants' Reply states that they "would consent to plaintiffs' filing a sur-reply to address the arguments raised in Section II of [their] reply." Dkt. 12.1 at 18-19 n.3.

DATED: August 8, 2025　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　Stacey M. Leyton
　　　　　　　　　　　　　　　　Barbara J. Chisholm
　　　　　　　　　　　　　　　　Danielle E. Leonard
　　　　　　　　　　　　　　　　Corinne F. Johnson
　　　　　　　　　　　　　　　　Alice X. Wang
　　　　　　　　　　　　　　　　Robin S. Tholin
　　　　　　　　　　　　　　　　ALTSHULER BERZON LLP
　　　　　　　　　　　　　　　　177 Post St., Suite 300
　　　　　　　　　　　　　　　　San Francisco, CA 94108
　　　　　　　　　　　　　　　　Tel.: (415) 421-7151

By: */s/ Danielle Leonard*

*Attorneys for Plaintiff-Appellee Organizations*[1]

Elena Goldstein
Skye Perryman
Tsuki Hoshijima
DEMOCRACY FORWARD FOUNDATION
P.O. Box 34553
Washington, D.C. 20043
Tel.: (202) 448-9090

By: */s/ Elena Goldstein*

*Attorneys for Plaintiff-Appellee Organizations (except NRDC) and for City of Chicago, IL; Martin Luther King, Jr. County, WA; Harris County, TX; and City of Baltimore, MD*

Jules Torti
PROTECT DEMOCRACY PROJECT
82 Nassau St., #601
New York, NY 10038
Erica J. Newland
Jacek Pruski
PROTECT DEMOCRACY PROJECT
2020 Pennsylvania Ave., N.W., Suite 163

---

[1] Plaintiff-Appellee Organizations are the American Federation of Government Employees, AFL-CIO (AFGE); American Federation of State County and Municipal Employees, AFL-CIO; Service Employees International Union, AFL-CIO (SEIU); AFGE Local 1122; AFGE Local 1236; AFGE Local 2110; AFGE Local 3172; SEIU Local 1000; Alliance of Retired Americans; American Geophysical Union; American Public Health Association; Center for Taxpayer Rights; Coalition to Protect America's National Parks; Common Defense Civic Engagement; Main Street Alliance; Natural Resources Defense Council, Inc. (NRDC); Northeast Organic Farming Association, Inc; VoteVets Action Fund Inc.; and Western Watersheds Project.

Washington, D.C. 20006
Tel.: (202) 579-4582
jules.torti@protectdemocracy.org
erica.newland@protectdemocracy.org
jacek.pruski@protectdemocracy.org

*Attorneys for Plaintiff-Appellee Organizations (except NRDC)*

Norman L. Eisen
Spencer W. Klein
STATE DEMOCRACY DEFENDERS FUND
600 Pennsylvania Avenue SE #15180
Washington, D.C. 20003
Tel.: (202) 594-9958
Norman@statedemocracydefenders.org
Spencer@statedemocracydefenders.org

*Attorneys for Plaintiff-Appellee Organizations (except NRDC)*

Rushab Sanghvi
AMERICAN FEDERATION OF GOVERNMENT EMPLOYEES, AFL-CIO
80 F Street, NW
Washington, DC 20001
Tel.: (202) 639-6426
Sanghr@afge.org

*Attorney for Plaintiff-Appellee American Federation of Government Employees, AFL-CIO (AFGE) and AFGE locals*

Teague Paterson
Matthew Blumin
AMERICAN FEDERATION OF STATE, COUNTY, AND MUNICIPAL EMPLOYEES, AFL-CIO
1625 L Street, N.W.
Washington, D.C. 20036

Tel.: (202) 775-5900
Tpaterson@afscme.org
Mblumin@afscme.org

*Attorneys for Plaintiff-Appellee American Federation of State County and Municipal Employees, AFL-CIO (AFSCME)*

Steven K. Ury
SERVICE EMPLOYEES INTERNATIONAL UNION, AFL-CIO
1800 Massachusetts Ave., N.W.
Washington, D.C. 20036
Tel.: (202) 730-7428
steven.ury@seiu.org

*Attorney for Plaintiff-Appellee Service Employees International Union, AFL-CIO (SEIU)*

David Chiu
City Attorney
Yvonne R. Meré
Chief Deputy City Attorney
Mollie M. Lee
Chief of Strategic Advocacy
Sara J. Eisenberg
Chief of Complex and Affirmative Litigation
Molly J. Alarcon
Alexander J. Holtzman
Deputy City Attorneys
OFFICE OF THE CITY ATTORNEY FOR THE CITY AND COUNTY OF SAN FRANCISCO
1390 Market Street, 7th Floor
San Francisco, CA 94102
molly.alarcon@sfcityatty.org
alexander.holtzman@sfcityatty.org

By: */s/ David Chiu*

*Attorneys for Plaintiff-Appellee City and County of San Francisco*

Tony LoPresti
COUNTY COUNSEL
Kavita Narayan
Meredith A. Johnson
Raphael N. Rajendra
Hannah M. Godbey
OFFICE OF THE COUNTY COUNSEL
COUNTY OF SANTA CLARA
70 West Hedding Street, East Wing, 9th Floor
San José, CA 95110
Tel.: (408) 299-5900

By: */s/ Tony LoPresti*

*Attorneys for Plaintiff-Appellee County of Santa Clara, Calif.*

David J. Hackett
General Counsel to King County Executive & Special Deputy Prosecutor
Alison Holcomb
Deputy General Counsel to King County Executive & Special Deputy Prosecutor
Erin King-Clancy
Senior Deputy Prosecuting Attorney
OFFICE OF KING COUNTY PROSECUTING ATTORNEY LEESA MANION
401 5th Avenue, Suite 800
Seattle, WA 98104
Tel.: (206) 477-9483
David.Hackett@kingcounty.gov
aholcomb@kingcounty.gov
aclancy@kingcounty.gov

*Attorneys for Plaintiff-Appellee Martin Luther King, Jr. County (King County)*

Sharanya Mohan
PUBLIC RIGHTS PROJECT
490 43rd Street, Unit #115
Oakland, CA 94609
Tel.: (510) 738-6788
sai@publicrightsproject.org

*Attorney for Plaintiffs-Appellees Baltimore, MD; Chicago, IL; Harris County, TX; and King County, WA*

Christian D. Menefee
Harris County Attorney
Jonathan G.C. Fombonne
Deputy County Attorney and First Assistant
Tiffany Bingham
Managing Counsel
Sarah Utley
Division Director – Environmental Division
Bethany Dwyer
Deputy Division Director – Environmental Division
R. Chan Tysor
Senior Assistant County Attorney
Alexandra "Alex" Keiser
Assistant County Attorney
1019 Congress, 15th Floor
Houston, Texas 77002
Tel.: (713) 274-5102
Fax: (713) 437-4211
jonathan.fombonne@harriscountytx.gov
tiffany.bingham@harriscountytx.gov
sarah.utley@harriscountytx.gov
bethany.dwyer@harriscountytx.gov
chan.tysor@harriscountytx.gov
alex.keiser@harriscountytx.gov

*Attorneys for Plaintiff-Appellee Harris County, Texas*

Mary B. Richardson-Lowry,
Corporation Counsel of the City of Chicago
Stephen J. Kane
Rebecca A. Hirsch
Lucy Prather
City of Chicago Department of Law
Affirmative Litigation Division
121 N. LaSalle Street, Suite 600
Chicago, Illinois 60602
Tel.: (312) 744-6934
Stephen.kane@cityofchicago.org
Rebecca.Hirsch2@cityofchicago.org
Lucy.Prather@cityofchicago.org

*Attorneys for Plaintiff-Appellee City of Chicago*

Ebony M. Thompson
Baltimore City Solicitor
Sara Gross
Chief of Affirmative Litigation
Baltimore City Department of Law
100 N. Holliday Street
Baltimore, Maryland 21202
Tel.: (410) 396-3947
sara.gross@baltimorecity.gov

*Attorneys for Plaintiff-Appellee City of Baltimore*

## FILER'S ATTESTATION

Pursuant to Circuit Rule 25-5(f), the filer attests that all other signatories to this document concur in the content of, and have authorized, this filing.

Dated: August 8, 2025          <u>*/s/ Danielle Leonard*</u>
                               Danielle Leonard