

**U.S. Department of Justice**

Civil Division, Appellate Staff
950 Pennsylvania Ave. NW, Rm. 7513
Washington, DC 20530

CLD:MBaldi

(202) 532-0211

September 22, 2025

<u>VIA ACMS</u>
Molly C. Dwyer, Clerk of Court
U.S. Court of Appeals for the Ninth Circuit
James R. Browning United States Courthouse
95 7th Street
San Francisco, CA 94103

Re:   *In re Trump*, No. 25-4476

Dear Ms. Dwyer:

      On Friday, September 19, a divided panel of this Court denied the government's petition for writ of mandamus. The government writes to inform the Court that it intends to petition for rehearing en banc of that decision and expects to file its petition no later than Wednesday, September 24. The government respectfully requests that the Court maintain the administrative stay that was entered on July 8, pending further order of the Court, until seven days after the disposition of the rehearing petition or, if en banc is granted, the conclusion of any en banc proceedings. Doing so will give the en banc court the necessary time to consider the important issues raised by this case and allow the Solicitor General the opportunity to seek relief from the Supreme Court if necessary.

                                  Sincerely,

                                  */s/ Maxwell A. Baldi*
                                  Maxwell A. Baldi

cc:    All counsel of record (via ACMS)